DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES DEVITO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-108

[May 30, 2019]

Appeal of order denying 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case Nos. 14-10272 CF10A, 16-12660 CF10A and 17-205 CF10A.

Charles Devito, Orlando, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***